IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

RECEIVED

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

2017 OCT -3  P 1:20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Rogers
Name under which you
were convicted

298382
Your prison number

CIVIL ACTION NO. 2:17-cv-667-WHA
(To be supplied by Clerk of Court)

vs.

Life Tech Transition Facility, et. al,
Name of Defendant(s)

Life Tech Transition Facility, 2115 Bashi Road Thomasville AL 36784
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A.   **Complaint Form.**  You must file your original complaint and a copy for each named Defendant.  Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you;  no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B.   **Proper Court.**  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties:  Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C.   **Separate Case.**  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the current filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of the Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full current filing fee. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8½ x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the

case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will be stricken</u>. See Fed. R. Civ. P. 11 (a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will be stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letter to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS**

A. Have filed any other lawsuits in state or federal court dealing with the same of similar facts involved in this action: Yes (X)  No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )  No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:
    Plaintiffs: _Larry Roger Baisden II_

    Defendants: _Corizon LLC, et. al.,_

    2. Court (if federal court, name the district; if state court, name the county: _Middle District of Alabama_
    3. Docket Number _2:17-CV-244-WKW_

    4. Were you granted the opportunity to proceed without payment of filing fees? Yes (X)  No ( )

5. Name of judge to whom the case was assigned: _____
    Gary M Barden

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____

7. Approximate date of filing lawsuit: April 2017

8. Approximate date of ruling by court: Still pending

## II. YOUR PRESENT COMPLAINT.

A. Place/Institution where action complained of occurred
   Life Tech Transition Facility

B. Date it occurred: September 26th 2017

C. Is there a prisoner grievance procedure in this institution? No grievance procedure

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No ( )

E. If your answer is YES: _____

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: No grievance procedure

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): Left Kilby Correctional Facility with a hole in my tooth was in severe pain and never

4

got to see the dentist, Kilby gave me paperwork to give Life Tech transition facility stating I needed to see a dentist as soon as possible. I am told by Life Tech I have to pay for the dentist appointment my self to be seen rite away otherwise I have to wait months to be seen, I stressed to Life Tech I am in severe pain and having trouble eating and have no money to pay for the dentist. Still I get no help, I can't even get them to give me any OTC medication to help with the pain.

### III. Parties.

A. Plaintiff (Your name/AIS): Larry Roger Baisden II   AIS# 298382
   Your present address: 2115 Bashi Road, Thomasville AL 36784

B. Defendant(s):
1. Defendant (full name) Life Tech Transition Facility, et.al, is employed as _____ at Life Tech Transition Facility

His/her present address is 2115 Bashi Road, Thomasville Al 36784

(a) Claim against this defendant: Refusing Urgent Dental Care

(b) Supporting facts (Include date/location of incident):
Arrived to Life Tech September 20th 2017 with medical records stating my condition along with referal to see the dentist as soon as possible. Am told by Life Tech the only way I can see the dentist soon is to pay, I have no money

2. Defendant (full name) Life Tech Transition Facility is employed as _____ at _____.

His/her present address is 2115 Bashi Road, Thomasville Al 36784

(a) Claim against this defendant: Refusing Health/Dental Care.

(b) Supporting facts (Include date/location of incident):
Was released from Kilby Correctional Facility with medical records stating to see a dentist as soon as possible. I am in pain and in the custody of Life Tech

3. Defendant (full name) Life Tech Transition Facility is employed as _____ at Life Tech Transition Facility.

His/her present address is 2115 Bashi Road, Thomasville Al 36784

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident):

6

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Manufacturing a Controlled Substance

2. When were you convicted? 2-12-2015

3. What is the term of your sentence? 10 years

4. When did you start serving this sentence? August 14th 2014

5. Do you have any other convictions which form the basis of a future sentence?  Yes ( )   No (X)
If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? December 2023

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes ( ) no ( ) | yes ( ) no ( ) |
| Expunged | yes ( ) no ( ) | yes ( ) no ( ) |
| Invalidated | yes ( ) no ( ) | yes ( ) no ( ) |
| Writ of habeas corpus granted | yes ( ) no ( ) | yes ( ) no ( ) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:

_____

_____

V. State briefly exactly what you want the Court to do for you if you win (Make no legal argument, cite no cases or statutes): Compensation from Life Tech Transition Facility for pain and suffering

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

Larry Roger Baisden II #298382

September 29th 2017
Date

_____
Signature of Plaintiff Under Penalty of Perjury)

Life Tech Transition Facility
Current Mailing Address

2115 Boshi Road, Thomasville Al 36784

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS E.G., RELEASED, TRANSFERRED, MOVED, ETC., FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Larry Doisden
2115 Bashi Road
Thomasville AL 36784

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery AL 36104-4018