IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ROGER BAISDEN, II, #298382, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-667-WHA |
| | ) | |
| LIFE TECH TRANSITION FACILITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 13, 2017, the Magistrate Judge entered a Recommendation that this case be transferred to the United States District Court for the Southern District of Alabama for review and disposition (Doc. #2). No timely objections have been filed to the Recommendation. After an independent review of the file in this case, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case, including the plaintiff's motion for preliminary injunction, is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404 for review and disposition.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 2nd day of November, 2017.

                /s/ W. Harold Albritton
         SENIOR UNITED STATES DISTRICT JUDGE